Michael F. Thomson (#9707)
Benjamin J. Kotter (#09592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: thomson.michael@dorsey.com
       cummings.scott@dorsey.com

*Proposed Attorneys for Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>JAMES DALE JOHNSON<br>ELIZABETH MARDELL JOHNSON,<br><br>      Debtors. | Bankr. Case No. 12-31064<br><br>Chapter 7<br><br>The Honorable William T. Thurman |

## MOTION FOR ORDER AUTHORIZING AUCTION OF
## PERSONAL PROPERTY OF THE ESTATE

Michael F. Thomson, the Chapter 7 trustee of the estate of the above named Debtors

["Trustee"], hereby moves the Court for an order authorizing the auction of personal property

included in the bankruptcy estate of the above named Debtors, based upon the following:

1.     The Trustee has filed concurrently herewith his *Notice of Trustee's Motion for*

*Order Authorizing Auction of Personal Property of the Estate and Notice of Opportunity for*

*Hearing* [the "Notice"].

2.     The description of the personal property to be auctioned, the terms and conditions

of the auction, and the intended distribution of auction proceeds are all set forth in the Notice.

1

4838-9248-9747\1

3.    The Notice is being sent to the Debtors, Debtors' counsel, the U.S. Trustee, all

parties requesting notice, and all parties appearing on the mailing matrix in this Chapter 7 case.

WHEREFORE, the Trustee prays that the Court enter an order authorizing the auction of

the personal property as described, and pursuant to the terms and conditions set forth, in the

Notice.

DATED this _27th_ day of March, 2013.

Michael F. Thomson
Benjamin J. Kotter
DORSEY & WHITNEY LLP
Attorneys for Trustee

2

## CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on the 28th day of March, 2013, I electronically filed the **MOTION FOR ORDER AUTHORIZING AUCTION OF PERSONAL PROPERTY OF THE ESTATE** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.  I further certify that the parties of record in this case, as identified below, are registered CM/ECF uses and will be served through the CM/ECF system.

- Jeremy R. McCullough jmcculloughlaw@gmail.com
- Michael F. Thomson tr thomson.michael@dorsey.com, UT17@ecfcbis.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

## CERTIFICATE OF SERVICE – MAIL, OTHER

I further certify that on 28th day of March, 2013, I caused to be served a true and correct copy of the foregoing as follows:

**Mail Service – By regular first class United States Mail, postage fully pre-paid, addressed to:**

James & Elizabeth Johnson
660 South 800 East #16
Saint George, UT 84770

Statewide Auction
155 North 1000 West
Salt Lake City, UT 84116

4838-9248-9747\1