Michael F. Thomson (#9707)
Benjamin J. Kotter (#09592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: thomson.michael@dorsey.com
       cummings.scott@dorsey.com

*Proposed Attorneys for Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re:<br><br>JAMES DALE JOHNSON<br>ELIZABETH MARDELL JOHNSON,<br><br>Debtors. | Bankr. Case No. 12-31064<br><br>Chapter 7<br><br>The Honorable William T. Thurman |
|---|---|

**NOTICE OF TRUSTEE'S MOTION FOR ORDER AUTHORIZING
AUCTION OF PERSONAL PROPERTY OF THE ESTATE AND
NOTICE OF OPPORTUNITY FOR HEARING**

**(Objection Deadline: April 22, 2013 at 4:30 p.m. Mountain Time)**

TO:  DEBTORS, DEBTORS' COUNSEL, CREDITORS OF THE DEBTORS, AND OTHER PARTIES IN INTEREST:

NOTICE is hereby given that Michael F. Thomson, the Chapter 7 trustee of the estate of the above named Debtors ["Trustee"], intends, in the absence of valid objections, to auction the personal property as described below, which is included in the bankruptcy estate of the above-named Debtors, free and clear of all liens and/or interests with valid liens and/or interests to attach to the auction proceeds.

1

## DESCRIPTION

CVA Hawken .50 Cal Pistol
Italian .44 Cal Revolver
Heritage Sentry .38 Special
Ruger 10/22 Rifle

(collectively, the "Property")

## NOTICE OF AUCTION

PLEASE TAKE NOTICE that the auction of the Property will be conducted by the Trustee's auctioneer, Statewide Auction Co., 5099 West Wheeler Way, Hurricane, UT 84737, on the next available auction date to be determined by the Trustee's auctioneer, after court approval of the auction. To inspect the Property prior to the auction, please contact Statewide Auction at (801) 521-5600.

## ADVERTISEMENT

Before the auction is held, the Trustee's auctioneer will advertise this auction to all parties he believes are prospective purchasers of the Property.

## TERMS AND CONDITIONS OF TRUSTEE'S AUCTION

1.　The Property is auctioned as is, where is, and with no warranties or guarantees of any kind.

2.　All other terms and conditions of the auction are set forth on the back of the bidder card each bidder will receive at the time of the auction.

## INTENDED DISTRIBUTION OF AUCTION PROCEEDS

1.　The Trustee will pay his auctioneer a commission of 15% of the gross sales proceeds from the auction of the Property and up to $100 of related expenses.

2.  The remaining sale proceeds will be held by the Trustee pending further order of the Court.

**NOTICE OF OPPORTUNITY FOR HEARING**

**PLEASE TAKE NOTICE** that the Trustee filed with the United States Bankruptcy Court for the District of Utah his **MOTION FOR ORDER AUTHORIZING AUCTION OF PERSONAL PROPERTY OF THE ESTATE** [the "Motion"]. The basis for said Motion is explained above. The Motion may be reviewed at the Office of the Clerk, Room 301, 350 South Main Street, Salt Lake City, Utah, from 8:00 a.m. to 4:30 p.m. on weekdays, excluding holidays. Copies of the Motion may be obtained, without charge, by requesting a copy from the undersigned counsel for the Trustee.

**<u>YOUR RIGHTS MAY BE AFFECTED.</u>  You should read this notice carefully and discuss it with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.).**

**<u>NO HEARING WILL BE CONDUCTED ON THE MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.</u>**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion then you or your attorney must:

(1) on or before **<u>Monday, April 22, 2013 at 4:30 p.m. Mountain Time</u>** [the **"Objection Deadline"**], must file a written objection specifically delineating the nature of your objection at:

3

4820-9798-2995\1

>Clerk of the United States Bankruptcy Court
>350 South Main Street, Room 301
>Salt Lake City, UT 84101

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will <u>receive</u> it on or before the Objection Deadline specified above. You must also serve a copy on the Movant's counsel at the address specified below.

(2) attend a hearing on <u>May 9, 2013 at 9:30 a.m.</u> in Courtroom No. 2B, 5th District Court State of Utah, 206 West Tabernacle, St. George, Utah. **There will be no further notice of the hearing and failure to attend the hearing will be deemed a waiver of your objection.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order authorizing the Motion without hearing.

DATED this 27th day of March, 2013.

>*/s/ Michael F. Thomson*
>Michael F. Thomson
>Benjamin J. Kotter
>DORSEY & WHITNEY LLP
>136 South Main Street, Suite 1000
>Salt Lake City, UT 84101-1685

4820-9798-2995\1